# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:13 CV 246

| | | |
|---|---|---|
| STEVE VAN DUYN d/b/a STEVE'S OLD JUNK, | ) ) ) | |
| Plaintiff | ) ) | |
| V | ) ) | **ORDER** |
| INNOVATIVE MILLWRIGHT SERVICE, INC., | ) ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Ruth M. Allen's Application for Admission to Practice *Pro Hac Vice* of Zach B. Tenry. It appearing that Zach B. Tenry is a member in good standing with the Tennessee State Bar and will be appearing with Ruth M. Allen, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Ruth M. Allen's Application for Admission to Practice *Pro Hac Vice* (#8) of Zach B. Tenry is **GRANTED**, and

that Zach B. Tenry is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Ruth M. Allen.

Signed: November 1, 2013

Dennis L. Howell
United States Magistrate Judge